April 4, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

DEANA POLLARD SACKS, Appellant

NO. 14-12-00115-CV                     V.

BRIAN WEIL ZIMMERMAN AND
ANDREW TODD MCKINNEY, IV, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Brian Weil Zimmerman and Andrew Todd McKinney, IV, signed November 14, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Deana Pollard Sacks, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.